```
                                          F I L E D
                                             Clerk
                                         District Court

                                         OCT 22 2007

                                    For The Northern Mariana Islands
                                    By_____
                                            (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-00002-001 |
| | ) | Civil No. 05-0023 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ACKNOWLEDGMENT |
| | ) | OF FULL PAYMENT OF |
| MARVIN LEON GUERRERO, | ) | RESTITUTION |
| | ) | |
| Defendant | ) | |

BASED UPON the October 18, 2007, letter from attorney Michael J. Berman,

IT IS HEREBY ACKNOWLEDGED that the above-named defendant has paid in full the sum of $316,200.92 as restitution to victim Choice Radio, Inc., also known as Choice Phone LLC.

DATED this 22nd day of October, 2007.

                                                GALO L. PEREZ
                                                Clerk of Court

                                                By: _____
                                                       Deputy Clerk

AO 72
(Rev. 08/82)

# BERMAN O'CONNOR & MANN
### ATTORNEYS AT LAW

Suite 503, Bank of Guam Building
111 Chalan Santo Papa, Hagåtña, Guam 96910
Telephone: (671) 477-2778
Fax: (671) 477-4366
E-mail: bermlaw@kuentos.guam.net

**SAIPAN OFFICE**
Second Floor, Nauru Building
P.O. Box 501969, Saipan MP 96950-1969
Telephone: (670) 234-5684/5
Fax: (670) 234-5683
E-mail: odb.law@Saipan.com

**POHNPEI OFFICE**
Town Plaza, Suites One and Two
P. O. Box 2069, Kolonia, Pohnpei
Federated States of Micronesia, 96941
Telephone: (691) 320-6450
Fax: (691) 320-6451
E-mail: msipos@mail.fm

October 18, 2007

**VIA U.S. MAIL:**

Honorable Alex R. Munson
Chief Judge
United States District Court
District of the Northern Mariana Islands
2nd Floor, Horiguchi Building, Garapan
P.O. Box 500687
Saipan, MP 96950

Re:   *United States of America v. Marvin Leon Guerrero;*
      *Case No: CR-04-00002-001 & USM No: 00450-005*

Dear Judge Munson:

   Please be advised that I am writing on behalf of Choice Phone, LLC, as concerns the restitution that was ordered to be paid by the Defendant Marvin Leon Guerrero in the above noted case.

   An Amended Judgment in the criminal case was filed with the District Court on August 19, 2004, which amended the original Judgment which was entered on July 1, 2004. At page 4 of the Amended Judgment, it required that the Defendant make restitution to Choice Radio, Inc. a/k/a Choice Phone, LLC, of the total amount of $316,200.92. Please accept this letter as formal notification that the Defendant in the above captioned case has satisfied the restitution requirement as set forth at page 4 of the Amended Judgment.

   Should you have any further questions or concerns as relates to this issue of restitution, please feel free to call on me.

Very truly yours,

Michael J. Berman

E:\Jean\Ltrs\MJB\munson alex 101207.wpd